**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6021

EDWARD NATHANIEL BELL,

Plaintiff - Appellant,

versus

FRED D. HILDEBRAND, Superintendent; P. J. KRIEGER, Captain of Security,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-00-637-7)

Submitted: April 12, 2001          Decided: April 18, 2001

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edward Nathaniel Bell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Bell, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Bell v. Hildebrand, No. CA-00-637-7 (W.D. Va. filed Dec. 11, 2000; entered Dec. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2